# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, James P. | U.S. Bankruptcy Court | 04/10/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

433 Cherry Street
Macon, Georgia 31201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Central Georgia Boy Scouts of America |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, James P. | 04/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. Treasury | 01/12/18 | Columbus, GA | Judges Meeting | Meal |
| 2. | Middle District of Georgia Bankruptcy Law Institute | 04/16/18 - 04/17/18 | Washington, DC | Hear oral argument at Supreme Court | Hotel, meals and airfare |
| 3. | Coastal Bankruptcy Law Institute | 04/19/18 - 04/20/18 | Savannah, GA | Seminar (Teach) | Hotel, meal and transportation |
| 4. | U.S. Treasury | 05/01/18 - 05/05/18 | Ponte Vedra Beach, FL | 11th Circuit Judicial Conference | Hotel, meals and mileage |
| 5. | Federal Judicial Center | 05/09/18 - 05/11/18 | Washington, DC | Seminar | Hotel, airfare, meals, taxi and mileage |
| 6. | W. Homer Drake Inn of Court | 06/08/18 | Atlanta, GA | Social | Golf, beverage and meal |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, James P.** | 04/10/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Federal Judicial Center | 07/10/18 - 07/13/18 | Denver, CO | Seminar | Hotel, airfare, parking, meals and mileage |
| 8. | National Conference of Bankruptcy Judges | 10/28/18 - 10/31/18 | San Antonio, TX | Seminar | Hotel and meals |
| 9. | State Bar of Georgia | 12/13/18 - 12/14/18 | Greensboro/Lake Oconee, GA | Seminar | Hotel, meals and parking |
| 10. | Federal Judicial Center | 11/13/18 - 11/16/18 | New York, NY | Mid-Career Seminar | Hote, airfare, meals, parking and mileage |
| 11. | U.S. Treasury | 04/24/18 | Albany, GA | Meet with Judge to discuss bankruptcy committee information | Car rental |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Smith, James P. | 04/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Neil Graham | purchase real estate | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, James P. | 04/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. Bank of America, NA | A | Interest | K | T | | | | | |
| 3. IRA#2 (H) | | | | | | | | | |
| 4. Charles Schwab Bank | A | Interest | J | T | | | | | |
| 5. -DFA Five Year Global | D | Dividend | M | T | | | | | |
| 6. -DFA One Year Fixed | A | Dividend | L | T | | | | | |
| 7. -Primco Real Return Fund | A | Dividend | K | T | | | | | \ |
| 8. -DFA Intl. Real Estate | A | Dividend | J | T | | | | | |
| 9. -DFA Intl. Small Cap | A | Dividend | J | T | | | | | |
| 10. -DFA Large Cap Intl. Port | A | Dividend | K | T | | | | | |
| 11. -DFA Real Estate | A | Dividend | J | T | | | | | |
| 12. -DFA U.S. Large Cap Value | C | Dividend | L | T | | | | | |
| 13. -DFA U.S. Targeted Value | B | Dividend | K | T | | | | | |
| 14. -Vanguard Growth Index Fund | A | Dividend | L | T | | | | | |
| 15. -Vanguard Mid Cap Growth | A | Dividend | K | T | | | | | |
| 16. IRA #3 (H) | | | | | | | | | |
| 17. -Blackrock Global Mutual Fund | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, James P. | 04/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America, NA | A | Interest | J | T | | | | | |
| 19. IRA #4 (H) | | | | | | | | | |
| 20. Bank of America, NA | A | Interest | J | T | | | | | |
| 21. -Home Depot Stock | A | Dividend | M | T | | | | | |
| 22. -Coca Cola Stock | A | Dividend | K | T | | | | | |
| 23. IRA #5 (H) | | | | | | | | | |
| 24. Bank of America, NA | A | Interest | J | T | | | | | |
| 25. -Coca Cola Stock | A | Dividend | J | T | | | | | |
| 26. IRA #6 (H) | | | | | | | | | |
| 27. -Blackrod Global Mutual Fund | A | Dividend | K | T | | | | | |
| 28. IRA #7 (H) | | | | | | | | | |
| 29. -Columbia Cash Reserves | A | Interest | J | T | | | | | |
| 30. -Oppenehimer Global Fund Class A | C | Int./Div. | K | T | | | | | |
| 31. Brokerage Account #5 (H) | | | | | | | | | |
| 32. -Fidelity Cash Reserves | A | Interest | | | Redeemed | 04/19/18 | J | A | |
| 33. Branch Banking & Trust (H) | | | | | | | | | |
| 34. -Checking Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | -Money Market Account | A | Interest | J | T | | | | | |
| 36. | Northwestern Life Inc. | B | Dividend | K | T | | | | | |
| 37. | Real Estate, Terrell County, GA | C | Rent | M | Q | | | | | |
| 38. | Real Estate, Bibb County, GA | | None | J | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, James P. | 04/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Appraisal date for Item 37, Section VII real estate - July 8, 2003.

Liability in Section VI to Neil Graham incurred in 2015 for $7,500.00.  Satisfied October 2018.

Purchase date and amount for Item 38, Section VII is October 15, 2015 for $12,500.00.  Empty lot next to residence.  No income.

Part VII, Investments and Trusts, Line 7, Column D(1) - there were no transactions during this period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ James P. Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544